NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1356

YVONNE JETT,

Plaintiff-Appellant,

v.

John E. Potter,
POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-4290, Judge Phyllis J. Hamilton.

ON MOTION

ORDER

Yvonne Jett moves to transfer her case to the United States Court of Appeals for the Ninth Circuit and submits a motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to transfer is granted. The case and the in forma pauperis motion are transferred to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT

JUN 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Yvonne Jett
Jeanne E. Davidson, Esq.
s17

JUN 12 2009

ISSUED AS A MANDATE: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 12 2009

JAN HORBALY
CLERK